IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SHARON FUENTES,

        Plaintiff,

v.                              CASE NO: 3:10cv232/RV/EMT

CONTINENTAL AMERICAN INSURANCE
COMPANY, et al.,

        Defendants.
_____/

## ORDER OF DISMISSAL

Upon consideration of the plaintiff's notice of voluntary dismissal pursuant to Rule 41, Federal Rules of Civil Procedure, the claims against defendant Metropolitan Life Insurance Company are DISMISSED, without prejudice and without taxation of costs.

DONE AND ORDERED this 13th day of October, 2010.

        /s/ *Roger Vinson*
        **ROGER VINSON**
        **Senior United States District Judge**